MATEO Z. FOWLER (State Bar No. 241295)
MZF LAW FIRM, PLLC
101 West 6th Street, Suite 610
Austin, Texas 78701
Telephone: (281) 546-5172
E-Mail: mateofowler@mzflaw.com

ADAM I GAFNI (State Bar No. 230045)
LAW OFFICES OF ADAM I. GAFNI
2811 Wilshire Blvd., Suite 780
Santa Monica, California 90403
Tel: (424) 744-8344
Fax: (424) 488-134
Email: adam@gafnilaw.com

Attorneys for Plaintiff
ALBERT C. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT C. JONES,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC., ASUSTeK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL, INC., GOOGLE INC., LG ELECTRONICS U.S.A. INC., LG ELECTRONICS MOBILECOMM U.S.A. INC., MOTOROLA MOBILITY LLC, PEBBLE TECHNOLOGY CORP., SONY MOBILE COMMUNICATIONS AB, AND SONY MOBILE COMMUNICATIONS (USA), INC.<br><br>      Defendants. | Case No. 4:16-cv-714<br><br>**[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS APPLE, INC., ASUSTeK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL, INC., GOOGLE INC., MOTOROLA MOBILITY LLC, PEBBLE TECHNOLOGY CORP., MOTIONS TO DISMISS [ECF NOS., 64, 65, 66 AND 67]** |

Pursuant to the stipulation between Plaintiff Albert C. Jones and Defendants Apple, Inc. ("Apple"), ASUSTeK Computer, Inc., ASUS Computer International, Inc., (collectively, ASUS), Google Inc., ("Google") Motorola Mobility LLC, ("Motorola") and Pebble Technology Corp., ("Pebble"), the remaining briefing schedule for the Motions to Dismiss filed by Defendants Apple, ASUS, Google,

Motorola and Pebble (ECF Nos. 64-67), are extended as follows:

<u>May 24, 2016</u>: deadline for Jones to file a brief in opposition to Motions to Dismiss;

<u>June 2, 2016</u>: deadline for Apple, ASUS, Google, Motorola and Pebble to file reply briefs to Jones' brief in opposition to the Motions to Dismiss;

<u>June 16, 2016</u>: Motions to Dismiss filed by Apple, ASUS, Google, Motorola and Pebble are currently noticed to be heard on this day.

**IT IS SO ORDERED**

Dated: __5/11_____, 2016

_____
United States District Judge

JOINT STIPULATION TO EXTEND TIME TO    2
RESPOND TO COMPLAINT